FILED

04/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0027

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0027

CITY OF MISSOULA,

  Plaintiff and Appellee,

v.

JODY LYNN POPE,

  Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 11, 2020, within which to prepare, serve, and file the State's response.

**RB**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 6 2020